UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:26-cv-02856-WLH-MAR | Date | March 17, 2026 |
|---|---|---|---|
| Title | *Tecla Mendoza Ramirez v. Kristi Noem et al.* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]**

The Court is in receipt of Petitioner Tecla Mendoza Ramirez's *Ex Parte* Application for Temporary Restraining Order (the "Application").  (Dkt. No. 2). Petitioner failed to submit a declaration and thus did not submit facts in support of the Application upon which the Court can grant relief.  The Court therefore **DENIES** the Application without prejudice.

If Petitioner chooses to file a renewed Application, Petitioner must also file a separate, written declaration made under penalty of perjury that sets forth specific facts based on personal knowledge that supports her claim for immediate release.  Argument alone is insufficient as the declaration itself constitutes the evidentiary basis that permits the Court to consider any future request.  Without an accompanying declaration, the Court will not consider any future request.

The Court **ORDERS** Respondents to keep Petitioner and her children in Central District of California for 48 hours to allow Petitioner to amend her application to include evidence.

**IT IS SO ORDERED.**