**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECLA MENDOZA RAMIREZ,<br><br>            Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>            Respondents. | Case No. 2:26-cv-02856-WLH-MAR<br><br>**FINAL JUDGMENT** |

On May 25, 2026, the Court issued a temporary restraining order ("TRO") ordering petitioner to be referred to an asylum officer for a reasonable fear determination within 48 hours of the entry of the order and the Court also ordered Respondents to submit a status report regarding Petitioner's referral within 72 hours of the order.  (TRO, Dkt. No. 16).  Respondents complied and provided the required referral.  (Respondents' Status Report, Dkt. No. 17).  On June 12, 2026, Petitioner filed a status report indicating that Respondents had complied with the reasonable fear determination process and that Petitioner had been released.  (Petitioner's Status Report, Dkt. No. 18).   The Court further ordered Respondents to show cause as to why the TRO should not be adopted as the final judgment in the case (the "OSC").

(OSC, Dkt. No. 19).  In their Response to the OSC filed on July 1, 2026, the parties stipulated to the Court's granting of the Petition.  (Response, Dkt. No. 20).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Petition is **GRANTED** and that judgment be entered by the Court accordingly at this juncture, consistent with the order on the TRO.   Respondents are **ORDERED** to serve a copy of this Final Judgment on Petitioner at his last known address.  The OSC is hereby **DISCHARGED** and all deadlines and hearings in the case are **VACATED**.

Dated: July 1, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2